IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NATALIE MASULLA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 18-cv-1745-NJR-RJD |
| VILLAGE OF BETHALTO and ALEX CAMPBELL, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter comes before the Court on the Second Motion for Leave to Amend (Doc. 34) filed by Plaintiff. Defendants did not file a response. The Court, being fully advised, hereby **GRANTS** Plaintiff's Second Motion for Leave to Amend. Plaintiff is **ORDERED** to file the proposed second amended complaint as the Second Amended Complaint by **March 22, 2019**.

**IT IS SO ORDERED.**

**DATED:** March 19, 2019

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**